### 17376. McRAE v. THE STATE.

The evidence did not authorize a conviction of simple larceny.

DECIDED JULY 13, 1926.

Larceny; from city court of Baxley—Judge Speer. March 29, 1926.

Cigars and a tire were stolen by a witness for the prosecution. The evidence tended to show, not that the plaintiff in error participated in the theft, but that the stolen goods or some of them were afterward put into his possession.

*J. B. Moore,* for plaintiff in error.

*Wade H. Watson, solicitor,* contra.

LUKE, J. McRae was convicted of the offense of simple larceny. The evidence did not authorize his conviction, and for this reason the court erred in overruling his motion for a new trial.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

Larceny, 36 C. J. p. 903, n. 35.